COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TENET HOSPITALS LIMITED, A TEXAS LIMITED PARTNERSHIP, D/B/A SIERRA MEDICAL CENTER, | § § | |
| | § | No. 08-08-00242-CV |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| ARMIDA PORTILLO, INDIVIDUALLY, AS INDEPENDENT EXECUTRIX OF THE ESTATE OF ELVIRA M. CUELLAR, DECEASED, AND ON BEHALF OF ALL STATUTORY WRONGFUL DEATH BENEFICIARIES OF ELVIRA M. CUELLAR, DECEASED, | § § § § § | of El Paso County, Texas (TC # 2005-6164) |
| Appellees. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant, Tenet Hospital's unopposed motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.1(a)(1) and 43.2(f). Because the parties have settled the disputes underlying this appeal, we will grant Appellant's motion and dismiss the appeal.

Appellant represents to the Court that the parties to this appeal have reached an agreement resolving the disputes underlying this appeal. Appellees have not objected to the motion, and there is no indication that dismissal would prevent Appellees from any relief to which they would otherwise be entitled. *See* TEX.R.APP.P. 42.1(a)(1). Appellant's motion is therefore granted, and the appeal dismissed. Costs will be taxed against the party incurring the same in accordance with the parties' agreement. *See* Tex.R.App.P. 42.1(d).

February 5, 2009

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.
Chew, C.J., not participating
Carr, J., not participating